# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRANDON W. SMITHSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00897 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On November 20, 2017, the magistrate judge issued a Report and Recommendation (DE #55), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the plaintiff's Motion for Judgment on the Record (Docket No. 51) is DENIED, and the Commissioner's decision is AFFIRMED.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 23rd day of January 2018.

_____
ALETA A. TRAUGER
U.S. District Judge